UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOFFMAN INVESTMENT COMPANY, a California Limited Partnership; GREGORY F. HOFFMAN; SEEDY ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:15-CV-05364-CRB<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: April 18, 2016　　　　_[signature]_____
　　　　　　　　　　　　　　　HONORABLE CHARLES R. BREYER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal　　　　　　　　　　Case: 3:15-CV-05364-CRB